B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
### District of New Jersey

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor (if individual, enter Last, First, Middle):** <br> Shoreline Sand & Gravel, LLC | **Name of Joint Debtor (Spouse) (Last, First, Middle):** |
| All Other Names used by the Debtor in the last 8 years <br> (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years <br> (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN <br> (if more than one, state all) <br> 20-1626813 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN <br> (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): <br> 1111 West Bay Avenue <br> Barnegat, NJ     ZIP Code: 08005 | Street Address of Joint Debtor (No. and Street, City, and State): <br> ZIP Code: |
| County of Residence or of the Principal Place of Business: <br> Ocean | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): <br> ZIP Code: | Mailing Address of Joint Debtor (if different from street address): <br> ZIP Code: |
| Location of Principal Assets of Business Debtor <br> (if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**THIS SPACE IS FOR COURT USE ONLY**

### Statistical/Administrative Information

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)     Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Shoreline Sand & Gravel, LLC** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>   Signature of Attorney for Debtor(s)     (Date) |

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                                          Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Shoreline Sand & Gravel, LLC |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X _/s/ Morris S. Bauer_____
Signature of Attorney for Debtor(s)

**Morris S. Bauer, Esq.**
Printed Name of Attorney for Debtor(s)

**Norris, McLaughlin & Marcus, PA**
Firm Name

**721 Route 202-206**
**Bridgewater, NJ 08807**

_____
Address

**908-722-0700  Fax: 908-722-0755**
Telephone Number

**May 18, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _/s/ Joseph Filoon, Jr._____
Signature of Authorized Individual

**Joseph Filoon, Jr.**
Printed Name of Authorized Individual

**Member**
Title of Authorized Individual

**May 18, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### District of New Jersey

In re  Shoreline Sand & Gravel, LLC  
Debtor(s)

Case No.  
Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Acme-Express Oil Corp.<br>PO Box 1180<br>Forked River, NJ 08731 | Acme-Express Oil Corp.<br>PO BOX 1180<br>Forked River, NJ 08731 | | | 63,838.58 |
| Francis Moon Supply Company<br>149 Fallingston-Tullytown road<br>Levittown,, PA 19054-2403 | Francis Moon Supply Company<br>149 Fallsington-Tullytown Road<br>Levittown,, PA 19054-2403 | | | 59,305.93 |
| NJ Division of Taxation<br>PO Box 999<br>Trenton, NJ 08646 | NJ Division of Taxation<br>PO BOX 999<br>Trenton, NJ 08646 | | | 36,947.90 |
| NJ Sales & Use Tax<br>PO Box 1000<br>Trenton, NJ 08646 | NJ Sales & Use Tax<br>PO BOX 1000<br>Trenton, NJ 08646 | | | 25,948.66 |
| Emerald Equipment Systems Inc.<br>7600 Morgan Road<br>Liverpool, NY 13090 | Emerald Equipment Systems Inc.<br>7600 Morgan Road<br>Liverpool, NY 13090 | | | 20,559.08 |
| Ameri-Health<br>1901 Market Street<br>Philadelphia, PA 19101 | Ameri-Health<br>1901 Market Street<br>Philadelphia, PA 19101 | | | 18,047.42 |
| Godwin Pumps<br>PO Box 191<br>Bridgeport, NJ 08014 | Godwin Pumps<br>PO BOX 191<br>Bridgeport, NJ 08014 | | | 9,057.15 |
| Hillman Concrete Inc.<br>586 Chatsworth Road<br>Tabernacle, NJ 08088 | Hillman Concrete Inc.<br>586 Chatsworth Road<br>Tabernacle, NJ 08088 | | | 7,082.19 |
| Giordano, Halleran & Ciesla<br>125 Half Mile Road<br>Middletown, NJ 07778 | Giordano, Halleran & Ciesla<br>125 Half Mile Road<br>Middletown, NJ 07778 | | | 6,924.46 |
| Giles & Ransome<br>2975 Galloway Road<br>Bensalem, PA 19020 | Giles & Ransome<br>2975 Galloway Road<br>Bensalem, PA 19020 | | | 6,386.17 |
| Aimino & Dennen, LLC<br>40 Newtown Avenue<br>Woodbury, NJ 08096 | Aimino & Dennen, LLC<br>40 Newtown Avenue<br>Woodbury, NJ 08096 | | | 6,243.02 |

B4 (Official Form 4) (12/07) - Cont.

In re  Shoreline Sand & Gravel, LLC                                                Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Compass Wire<br>1942 N. Mill Road<br>Vineland, NJ 08330 | Compass Wire<br>1942 N. Mill Road<br>Vineland, NJ 08330 | | | 6,124.33 |
| Atlantic Belt & Industrial Supply<br>1889 Route 9<br>Toms River, NJ 08755 | Atlantic Belt & Industrial Supply<br>1889 Route 9<br>Toms River, NJ 08755 | | | 6,076.02 |
| Dave's Electric<br>PO Box 88<br>Ship Bottom, NJ 08008 | Dave's Electric<br>PO BOX 88<br>Ship Bottom, NJ 08008 | | | 5,768.90 |
| Shoreline Grading, Inc.<br>123 Bartlett Avenue<br>West Creek, NJ 08092 | Shoreline Grading, Inc.<br>123 Bartlett Avenue<br>West Creek, NJ 08092 | | | 5,228.00 |
| Internal Revenue Service<br>PO BOX 804522<br>Cincinnati, OH 45280 | Internal Revenue Service<br>Trenton, NJ 08646 | | | 3,540.45 |
| UniFirst Corporation<br>940 River Road<br>Croyden, PA 19021 | UniFirst Corporation<br>940 River Road<br>Croyden, PA 19021 | | | 3,208.64 |
| Amp-Co Auto Electric<br>911 Route 9<br>West Creek, NJ 08092 | Amp-Co Auto Electric<br>911 Route 9<br>West Creek, NJ 08092 | | | 2,435.31 |
| Atlantic City Electric<br>PO BOX 4875<br>Trenton, NJ 08650 | Atlantic City Electric<br>PO BOX 4875<br>Trenton, NJ 08650 | | | 2,229.46 |
| Advance Scale Company, Inc.<br>2400 Egg Harbor Road<br>Lindenwold, NJ 08021 | Advance Scale Company, Inc.<br>2400 Egg Harbor Road<br>Lindenwold, NJ 08021 | | | 2,084.02 |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  May 18, 2010                    Signature  _____
                                                  Joseph Filpon, Jr.
                                                  Member

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Acme-Express Oil Corp.
PO Box 1180
Forked River, NJ 08731

Adam McMullan
143 Leektown Road
Lot 20
Egg Harbor City, NJ 08215

Advance Scale Company, Inc.
2400 Egg Harbor Road
Lindenwold, NJ 08021

Aimino & Dennen, LLC
40 Newtown Avenue
Woodbury, NJ 08096

All Points Capital
265 Broadhollow Road
Melville, NY 11747

Ameri-Health
1901 Market Street
Philadelphia, PA 19101

Amp-Co Auto Electric
911 Route 9
West Creek, NJ 08092

Atlantic Belt & Industrial Supply
1889 Route 9
Toms River, NJ 08755

Atlantic City Electric
PO BOX 4875
Trenton, NJ 08650

Bernie Gies
131 Vassar Avenue
Stratford, NJ 08084

Carlos Galeano
1111 West Bay Avenue
Barnegat, NJ 08005

Chad Carr
5880 Route 9
Tuckerton, NJ 08087


Charles Musto
120 Mariners Point East
Little Egg Harbor, NJ 08087


Charlie Thatcher
107 Lakedeerbrook Drive
Little Egg Harbor, NJ 08087


Chris Hendrickson
1501 Elwood Road
Mullica, NJ 08037


Colleen DeBow
887 Jennifer Lane
Manahawkin, NJ 08050


Commercial Capital Company
8215 Melrose Drive
Suite 100
Overland Park, KS 66214


Compass Wire
1942 N. Mill Road
Vineland, NJ 08330


Dan Embrich
127 Gifford Town Lane
Little Egg Harbor, NJ 08087


Dave's Electric
PO Box 88
Ship Bottom, NJ 08008


Emerald Equipment Systems Inc.
7600 Morgan Road
Liverpool, NY 13090


Francis Moon Supply Company
149 Fallingston-Tullytown road
Levittown,, PA 19054-2403

Frank DeGennaro
1047 Whitecap Avenue
Manahawkin, NJ

George Mellon
16 Chicory Street
Browns Mills, NJ 08015

George Walsh
2 South Haverford Avenue
Margate City, NJ 08402

Gibson Elect & Gnrl Contr.
1016 Jarvis Road
Sicklerville, NJ 08081

Giles & Ransome
2975 Galloway Road
Bensalem, PA 19020

Giordano, Halleran & Ciesla
125 Half Mile Road
Middletown, NJ 07778

Godwin Pumps
PO Box 191
Bridgeport, NJ 08014

Hillman Concrete Inc.
586 Chatsworth Road
Tabernacle, NJ 08088

Internal Revenue Service
PO BOX 804522
Cincinnati, OH 45280

Internal Revenue Service
955 South Scheffield Street
3rd Floor
Springfield, NJ 07081

James Doherty
110 Adriatic Avenue
Waretown, NJ 08758

JCPL Electric
PO BOX 3687
Akron, OH 44309


JCPL Electric
PO BOX 3687
Akron, OH 44309


Joe Adragna
392 Chestnut Drive
Manahawkin, NJ 08050


John Deere Credit
6400 NE 86th Street
Johnston, IA 50131


Ken Fowler
12 Shelli Terrace
Barnegat, NJ 08005


MGS
309 Rt. 72
Barnegat, NJ 08005


MGS Corporation
309 Route 72
Barnegat, NJ 08005


Michelle T. Strang
101 Buckhorn Lake Ct.
Little Egg Harbor, NJ 08087


Mike Denorscio
907 Beach Boulevard
Forked River, NJ 08731


NJ Division of Taxation
PO Box 999
Trenton, NJ 08646


NJ Sales & Use Tax
PO Box 1000
Trenton, NJ 08646

Penn Business Credit
1 Belmont Avenue
Bala Cynwyd, PA 19004


Peter Kempt
232 B Leeward Road
Manahawkin, NJ 08050


Pitney Bowes Postage
PO BOX 856042
Louisville, KY 40285-6042


Robert Anderson
200 Quail Run Road
Browns Mills, NJ 08015


Robert Phillips
PO BOX 138
Hainesport, NJ 08036


Robert Thomas
1521 North Stream Parkway
Point Pleasant Beach, NJ 08742


Robert Uhlig
12 Westshore Drive
Southampton, NJ 08088


SBF II LLC/Sunbridge Capital
PO BOX 878992
Kansas City, MO 64187


Shoreline Grading, Inc.
123 Bartlett Avenue
West Creek, NJ 08092


State of New Jersey - 941
PO BOX 999
Trenton, NJ 08646


Steve Spickler
PO BOX 549
New Gretna, NJ 08224

Sun National Bank
226 Landis Avenue
Vineland, NJ 08632


Superior Wear Products & Equipment, LLC
1405 Delphine Road
Wyndmoor, PA 19038


TFS Capital
PO BOX 3083
Cedar Rapids, IA 52406


Tom Polson
453 Chest Neck Road
Port Republic, NJ 08241


Tom Steadman
20 LallyLane
Manahawkin, NJ 08050


UniFirst Corporation
940 River Road
Croyden, PA 19021


Verizon
PO BOX 4833
Trenton, NJ 08650


Walter Deetz
375 Polk Rd 61
Mena, AR 71953


Wells Fargo Equipment Finance
733 Marquette Avenue
Suite 700
Minneapolis, MN 55402